UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:23-CR-91-KAC-JEM |
| | ) | |
| BRIAN J. LIPFORD, | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate.

On August 2, 2022, the Grand Jury returned an Indictment [Doc. 3] charging Defendant Lipford, aided and abetted by another, with knowingly possessing with the intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and a quantity of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 841(b)(1)(C), and 18 U.S.C. § 2. On August 7, 2023, Defendant Lipford was arrested and brought before Magistrate Judge Anthony P. Patti for an initial appearance in the Eastern District of Michigan [Doc. 10 pp. 9–10 (Rule5(c)(3) Documents)]. Judge Patti held a detention hearing on August 8, 2023, and ordered that Defendant Lipford be detained pending trial, finding that he did not introduce evidence sufficient to rebut the presumption under 18 U.S.C. § 3142(e)(3) [*Id.* at 8].

Defendant Lipford arrived in this district and appeared before the undersigned for an arraignment on August 31, 2023 [Doc. 19]. On December 19, 2023, Defendant Lipford filed a

Motion to Reopen Detention [Doc. 29]. The Government responded in opposition [Doc. 31]. Treating Defendant's motion as one filed under 18 U.S.C. § 3145(b) [Doc. 32], the Court scheduled an evidentiary hearing for February 7, 2024.

Prior to the hearing, on February 3, Defendant Lipford filed a Motion to Withdraw Motion to Reopen Detention Hearing [Doc. 33]. In his motion, Defendant asserts that the Government provided additional discovery materials that defense counsel believes would impact Defendant Lipford's ability to prevail on his previously-filed motion [*Id.* at 1]. After discussing the matter with counsel, Defendant Lipford "no longer wishes to proceed with his motion to reopen detention" [*Id.*].

Based upon the information provided in Defendant Lipford's Motion to Withdraw Motion to Reopen Detention Hearing [Doc. 33], the undersigned **RECOMMENDS** that the District Judge **GRANT** Defendant Lipford's Motion to Withdraw Motion to Reopen Detention Hearing [**Doc. 33**]. The undersigned further **RECOMMENDS** that, if the District Judge accepts the undersigned's recommendation, then she should **DENY AS MOOT** Defendant Lipford's Motion to Reopen Detention [**Doc. 29**]. The evidentiary hearing set for February 7, 2024, is hereby **CANCELLED**.

Due to the need to determine this issue promptly, 18 U.S.C. § 3145, any objections to this report and recommendation must be served and filed on or before **February 8, 2024**.[1] Any

---

[1] Failure to file objections within the time specified waives the right to review by the District Court. Fed. R. Crim. P. 59(b)(2); *see United States v. Branch*, 537 F.3d 582, 587 (6th. Cir. 2008); *see also Thomas v. Arn*, 474 U.S. 140, 155 (1985) (providing that failure to file objections in compliance with the required time waives the right to appeal the district court's order). The District Judge need not provide *de novo* review where objections to this report and recommendation are frivolous, conclusive, or general. *Mira v. Marshall*, 806 F.2d 636, 637 (6th Cir. 1986). Only

2

response to objections must be filed on or before **February 15, 2024**. To the extent the parties agree with the undersigned's recommendation, then they shall file a notice of no objection on or before **February 8, 2024**.

Respectfully submitted,

Jill E. McCook
United States Magistrate Judge

---

specific objections are reserved for appellate review. *Smith v. Detroit Fed. of Tchrs.*, 829 F.2d 1370, 1373 (6th Cir. 1987).