UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:23-CR-91-KAC-JEM-2 ) ) |
| BRIAN J. LIPFORD, | ) ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT & RECOMMENDATION

Before the Court is United States Magistrate Judge Jill E. McCook's "Report and Recommendation" ("Report") entered on February 6, 2024 [Doc. 36]. On December 19, 2023, Defendant Lipford filed a "Motion to Reopen Detention" [Doc. 29], asking the Court "to reopen his detention and consider releasing him to a third party custodian" [Doc. 29 at 3]. But on February 3, 2024, Defendant Lipford filed a "Motion to Withdraw Motion to Reopen Detention Hearing" [Doc. 33], citing "additional discovery materials" that might "impact [Defendant] Lipford's ability to prevail on the previously filed motion" [Doc. 33 at 1].

The Report recommends that the Court grant Defendant Lipford's "Motion to Withdraw Motion to Reopen Detention Hearing" [Doc. 33]. Neither Party objected to the Report, and the time to do so has passed [*See* Docs. 36 at 2, 38]. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(2). After reviewing the record, the Court **ACCEPTS** and **ADOPTS** the Report [Doc. 36] under 28 U.S.C. § 636(b)(1) and Federal Rule of Criminal Procedure 59(b). Accordingly, the Court **GRANTS** Defendant Lipford's "Motion to Withdraw Motion to Reopen Detention Hearing" [Doc. 33].

SO ORDERED.

_____
KATHERINE A. CRYTZER
United States District Judge

2